IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BORIS ROSLOV, et al.**                                                                                      **PLAINTIFFS**

v.                              **CASE NO. 4:14-CV-00616 BSM**

**DIRECTV INC., et al.**                                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day [Doc. No. 114], the claims brought by plaintiffs Boris Roslov and Reginald Degrafteenreed are dismissed with prejudice. As the docket reflects, plaintiff Benjamin Bittle's claim was previously dismissed with prejudice [Doc. No. 67], and plaintiff Kevin Sanders's claim was dismissed without prejudice [Doc. No. 40].

Since all claims by all parties have been dismissed, this case is closed.

DATED this 4th day of November 2016.

_____
UNITED STATES DISTRICT JUDGE